UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 UNIFIED TRUST :

VS. : CA NO.

MORSE SAND AND GRAVEL

CA 05 067 T

**COMPLAINT**

Introduction

1. This is an action to compel payment of contributions, interest, and penalties to employee benefit plans.

Parties and Jurisdiction

2. Plaintiff Teamsters Local Union 251 Unified trust Fund ["Unified Trust"] is a labor-management committee within the meaning of Sec. 302(c)(9) of the Labor Management Relations ("Taft Hartley") Act and within the meaning of the Employee Retirement Income Security act ["ERISA"], 29 U.S.C. §1145.

3. Defendant Morse Sand & Gravel ["Morse"] is a corporation organized under the laws of Rhode Island having its principal place of business in Attleboro, Massachusetts. Defendant has the requisite minimum contact with the State of Rhode Island.

4. Jurisdiction is rested upon ERISA, 29 U.S.C. §1132(e).

Facts

5. The Unified Trust was established to identify and expand work opportunities for Teamsters Local 251 members and signatory employers. The

Unified Trust is administered by a Board of Trustees ["Board"] consisting of management and Union Trustees.

6. Unified Trust benefits as aforesaid are financed by contributions from signatory employees. The contributions rate is set by the collective bargaining agreement between Teamsters Local 251 and each employer.

7. The Trust Agreement provides, in relevant part, that defendant shall submit timely payroll reports of contributions, promptly pay contributions, and pay penalties and interest when in default.

8. Defendant Morse is party to a collective bargaining agreement which provides, in relevant part, that it shall comply with the terms of the Trust Agreement as aforesaid.

9. Notwithstanding the aforesaid obligations, defendant has:

(a) Failed to make timely contributions to the Unified Trust during the period of January 2002 through the present.

(b) Otherwise failed to comply with the terms and conditions of the Trust Agreements.

10. By the aforesaid acts and omissions, defendant has violated ERISA, 29 U.S.C. §§1132(a)(3)(ii) and 1145.

WHEREFORE, plaintiffs pray that this Honorable Court:

(a) Award the Unified trust the unpaid contributions, interest on the unpaid contributions, double interest, liquidated damages, punitive damages and attorneys' fees and costs, pursuant to 29 U.S.C. §§1132(g)(2) and:

(b) Order such other relief as the Court deems just and proper.

Respectfully submitted,

TEAMSTERS LOCAL 251 UNIFIED TRUST

By Their Attorney,

Elizabeth A. Wiens, Esq. (#6827)
Marc B. Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
(401) 454-7400
(401) 621-8553