**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 Unified Trust<br>Plaintiff, | : | |
| v. | : | C.A. No. 05-067T |
| MORSE SAND & GRAVEL CORP.<br>Defendant. | : | |

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

Now comes Plaintiffs, by and through its attorneys, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc. 55(a).

As reasons therefore, Plaintiff offers the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

[signature]

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: March 21, 2005



3

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 21 day of March, 2005, to the following party of record:

Corporation Service Company R/A/S
Morse Sand & Gravel Corp.
222 Jefferson Boulevard, Suite 200
Warwick, RI 02888

Kerrie L Kaminski

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 Unified Trust<br>Plaintiff, | |
| v. | C.A. No. 05-067T |
| MORSE SAND & GRAVEL CORP.<br>Defendant. | |

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiff and have personal knowledge of the facts set forth herein.

2. The Complaint in this case was filed on February 18, 2005. Defendant was served with a copy of the Complaint and summons by Constable Thomas Noury on February 22, 2005.

3. Greater than twenty (20) days have elapsed and Defendant has failed to plead or otherwise respond to the Complaint.

4. Defendant was not, at the time of the commencement of this action, nor is Defendant now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940; nor is Defendant an infant or incompetent.

5. Defendant has no set-offs or counterclaims against this account, and in my opinion, there is no defense to this claim or cause of action.

Dated: March 21, 2005

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens (#6827)

Subscribed and sworn to before me, by Elizabeth Wiens, on this 21 day of March, 2005.

Notary Public
My commission expires on: 7/12/05

CERTIFICATION

I hereby certify that I caused a copy of the foregoing Affidavit in Support of Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 21 day of March, 2005, to the following party of record:

Corporation Service Company R/A/S
Morse Sand & Gravel Corp.
222 Jefferson Boulevard, Suite 200
Warwick, RI 02888