**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 Unified Trust
Plaintiff,

v. C.A. No. 05-067T

MORSE SAND & GRAVEL CORP.
Defendant.

FILED
MAR 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

Now comes Plaintiffs, by and through its attorneys, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc. 55(a).

As reasons therefore, Plaintiff offers the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: March 21, 2005

DEFAULT ENTERED:
DEPUTY CLERK 4/8/05



4

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 21 day of March, 2005, to the following party of record:

Corporation Service Company R/A/S
Morse Sand & Gravel Corp.
222 Jefferson Boulevard, Suite 200
Warwick, RI 02888

Kerrie L Kanuski