UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 UNIFIED TRUST<br>Plaintiff | ) ) ) | |
| V. | ) | C.A. NO. CA 05 067T |
| MORSE SAND & GRAVEL CORP .<br>Defendant | ) ) ) | |

MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendant, Morse Sand & Gravel Corp. hereby moves that James F. Grosso be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds: Defendant's counsel long-standing representation of the client: Morse Sand & Gravel Corp.

Defendant

Dated: April 13, 2005

Girard R. Visconti
Visconti & Boren LTD
55 Dorrance Street
Providence, RI 02903-2219
Attorney for Morse Sand & Gravel Corp.

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the Attorney of Record for each Party by mail-hand on.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 UNIFIED TRUST | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | C.A. NO. CA 05 067T |
| | ) | |
| MORSE SAND & GRAVEL CORP . | ) | |
| Defendant | ) | |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, James F. Grosso, hereby certify as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts since 1975; and of the following Federal District and/or Court of Appeals Bars: United States District Court for the District of Massachusetts since 1977; United States Court of Appeals for the First Circuit since 1995; and the United States Supreme Court since 1991 and that my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime other than minor traffic offenses.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

5. I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities Girard R. Visconti, Local associate counsel.

James F. Grosso
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA 01701-5400
Tel: 508/620-0055
Fax: 508/620-7655

Girard R. Visconti
R.I. Bar ID # 0566
Visconti & Boren LTD
55 Dorrance Street
Providence, RI 02903-2219
Tel: 401/331-3800
Fax: 401/421-9302

---

**Order:** This motion is hereby __________________.

________________________
U.S. District Judge
Date:____________________