FILED

APR 14 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 UNIFIED TRUST<br>Plaintiff | ) ) ) | |
| V. | ) | C.A. NO. CA 05 067T |
| MORSE SAND AND GRAVEL CORP.<br>Defendant | ) ) ) | |

MOTION OF THE DEFENDANT,
MORSE SAND AND GRAVEL CORP.,
TO REMOVE DEFAULT AND FOR LEAVE TO FILE ANSWER LATE

Now comes the Defendant, Morse Sand &Gravel Corp. and requests that the Court remove the default entered as a result of the Plaintiff's Request for Entry of Default and gives as grounds therefore the following:

1. The Defendant was served with the Complaint in February and forwarded it to the undersigned as counsel for response. Counsel was on vacation out of state at the time.

2. Through no fault of the Defendant, counsel misplaced the pleadings and never filed an Answer.

3. After consultation with counsel for the Plaintiff and upon Defendant's agreement to file a responsive pleading within 30 days, Plaintiff's counsel has agreed not to oppose this Motion.

4. Defendant will file its Answer no later than May 9th.

GRANTED in the absence of objection

Ernest C. Torres

Ernest C. Torres
Chief, US District Judge

5/3/05

8

Wherefore the Defendant, Morse Sand & Gravel Corp. prays that this Court will allow this unopposed Motion to Remove Default and for Leave to File Answer Late.

MORSE SAND & GRAVEL CORP.

By its attorney,

DATED: April 12, 2005

James F. Grosso – BBO 213320
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA 01701-5400
Tel: 508/620-0055
Fax: 508/620-7655

Girard R. Visconti
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903-2219
Tel: 401/331-3800
Fax: 401/421-9302

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the Attorney of Record for each Party by mail-hand on.