UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 UNIFIED TRUST :
:
VS. : CA NO. 05-067T
:
MORSE SAND AND GRAVEL :

# LOCAL 251 UNIFIED TRUST'S RESPONSE TO COUNTERCLAIM

Now comes Local 251 Unified Trust, Defendant in counterclaim, and avers and states:

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Deny.
6. Admit.
7. Deny.
8. Deny.
9. Deny.

WHEREFORE, Local 251 Unified Trust requests that counterclaim be dismissed and Local 251 Unified Trust be awarded its attorney's fees and costs.

Respectfully submitted,
TEAMSTERS LOCAL 251 UNIFIED TRUST
By Their Attorney,

Marc B. Gursky, Esq. (#2818)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

**AFFIRMATIVE DEFENSES**

1. The counterclaim fails to state a claim upon which relief may be granted.

2. The counterclaim is barred by the Doctrine of Laches.

3. The counterclaim is frivolous and Local 251 Unified Trust therefore seeks sanctions pursuant to Rule 11.

Respectfully submitted,

Marc B. Gursky, Esq. #2818
Gursky Law Associates
Scrabbletown Office Park
420 Scrabbletown Road, Ste C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

Dated:

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within via first class mail, postage prepaid on the 25 day of May, 2005 to the following:

James Grosso, Esquire
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Ste. 205
Framingham, MA 01701-5400

Girard R. Visconti, Esquire
Visconti & Boren, LTD
55 Dorrance Street
Providence, RI 02903

[signature]

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 UNIFIED TRUST | : | |
| | : | |
| VS. | : | CA NO. 05-067T |
| | : | |
| MORSE SAND AND GRAVEL | : | |

LOCAL 251 UNIFIED TRUST'S RESPONSE TO COUNTERCLAIM

Now comes Local 251 Unified Trust, Defendant in counterclaim, and avers and states:

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Deny.
6. Admit.
7. Deny.
8. Deny.
9. Deny.

WHEREFORE, Local 251 Unified Trust requests that counterclaim be dismissed and Local 251 Unified Trust be awarded its attorney's fees and costs.

Respectfully submitted,
TEAMSTERS LOCAL 251 UNIFIED TRUST
By Their Attorney,

Marc B. Gursky, Esq. (#2818)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

## AFFIRMATIVE DEFENSES

1. The counterclaim fails to state a claim upon which relief may be granted.

2. The counterclaim is barred by the Doctrine of Laches.

3. The counterclaim is frivolous and Local 251 Unified Trust therefore seeks sanctions pursuant to Rule 11.

Respectfully submitted,

Marc B. Gursky, Esq. #2818
Gursky Law Associates
Scrabbletown Office Park
420 Scrabbletown Road, Ste C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

Dated:

## CERTIFICATION

I hereby certify that I mailed a true copy of the within via first class mail, postage prepaid on the 25 day of May, 2005 to the following:

James Grosso, Esquire
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Ste. 205
Framingham, MA 01701-5400

Girard R. Visconti, Esquire
Visconti & Boren, LTD
55 Dorrance Street
Providence, RI 02903

Kevin L Kanuski

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 UNIFIED TRUST | : | |
| | : | |
| VS. | : | CA NO. 05-067T |
| | : | |
| MORSE SAND AND GRAVEL | : | |

LOCAL 251 UNIFIED TRUST'S RESPONSE TO COUNTERCLAIM

Now comes Local 251 Unified Trust, Defendant in counterclaim, and avers and states:

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Deny.
6. Admit.
7. Deny.
8. Deny.
9. Deny.

WHEREFORE, Local 251 Unified Trust requests that counterclaim be dismissed and Local 251 Unified Trust be awarded its attorney's fees and costs.

Respectfully submitted,
TEAMSTERS LOCAL 251 UNIFIED TRUST
By Their Attorney,

Marc B. Gursky, Esq. (#2818)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

## AFFIRMATIVE DEFENSES

1. The counterclaim fails to state a claim upon which relief may be granted.

2. The counterclaim is barred by the Doctrine of Laches.

3. The counterclaim is frivolous and Local 251 Unified Trust therefore seeks sanctions pursuant to Rule 11.

Respectfully submitted,

Marc B. Gursky, Esq. #2818
Gursky Law Associates
Scrabbletown Office Park
420 Scrabbletown Road, Ste C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

Dated:

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within via first class mail, postage prepaid on the 25 day of May, 2005 to the following:

James Grosso, Esquire
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Ste. 205
Framingham, MA 01701-5400

Girard R. Visconti, Esquire
Visconti & Boren, LTD
55 Dorrance Street
Providence, RI 02903