RECEIVED
DEC 14 2005
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 UNIFIED TRUST
Plaintiff,

v. C.A. No. 05-067T

MORSE SAND & GRAVEL CORP.
Defendant.

**CONSENT ORDER AND JUDGMENT**

By agreement of the parties, it is hereby ORDERED.

1. Judgment is entered in favor of Teamsters Local 251 Unified Trust ("Trust") and against Morse Sand & Gravel Corp. ("Company" or "Defendant") for unpaid contributions, interest, attorneys' fees and costs pursuant to 29 U.S.C §§1132(g)(2) in the amount of $ 65,156.97 which includes:

| | | |
|---|---|---|
| (a) | Contributions (3/04 – 10/05) | $50,717.25 |
| (b) | Interest (through 11/30/05) | $ 8,158.47 |
| (c) | Attorneys' Fees and Costs (through 11/7/05) | $ 6,281.25 |
| TOTAL | | $ 65,156.97 |

2. Defendant agrees to remain current in its contributions to the Fund. If Defendant fails to remain current, Plaintiff may request that this Court adjudge Defendant in contempt.

3. If unpaid contributions set out above are not paid in full by November 30, 2005, a twenty (20) percent penalty shall be added to the amount due. Also, the Fund may apply to this Court or to the Court in which enforcement is sought for interest on the

total amount owed, including the twenty percent penalty, which shall accrue under 29 U.S.C. §1132(g)(2)(c)(i) from November 30, 2005 until the date they are paid.

4. The Fund shall have the right to conduct an audit of books and records of the Company for all relevant periods for which the Company is obligated to submit contributions to the Fund. In the event an audit reveals any discrepancy between the actual hours worked and the hours reported, the Company shall pay to the Fund the cost of the audit together with any additional amounts found owing, plus such other amounts as set forth in the collective bargaining agreement, the Unified Trust Agreement, ERISA and applicable law.

5. The Fund is entitled to reimbursement from the Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2); Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57 Fed. Appx. 972 (3d Cir. 2003); Free v. Briody, 793 F.2d 807 (7th Cir. 1986); Sheet Metal Workers Health and Welfare Trust Fund v. Big D Service Co., 867 F.2d 852 (10th Cir. 1989).

6. Defendant's Counterclaims against Plaintiffs in this action are hereby dismissed with prejudice.

7. If Defendant fails to comply with any of the terms of this Consent Order and Judgment, the Fund may, in addition to pursuing the remedies provided under Federal Rule of Civil Procedure 69, reopen this case upon motion to this Court and notice to Defendant, and may at that time ask for further appropriate monetary and/or injunctive relief.

Plaintiff,
Unified Trust Fund,
By its Attorney,

Marc B. Gursky # 2818
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel (401)294-4700
Fax (401)294-4702

Dated: 12/5/05

Defendant,
Morse Sand & Gravel Corp.
By its Attorneys,

James Grosso (*Pro Hac Vice)*
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA 01701-5400
Tel (508) 620-0055
Fax (508) 620-7655

Girard R. Visconti # 0566
Visconti & Boren LTD
55 Dorrance Street
Providence, RI 02903
Tel (401) 331-3800
Fax (401) 421-9302

Dated:

BY THE COURT

ERNEST C. TORRES, CJ
United States District Judge

Dated: 12/20/05

**Morse Sand & Gravel / UT**

# SUMMARY OF CLAIM

| MONTH | DUE | HOURS | HRLY RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar-04 | 4/10/04 | 4589 | $0.60 | $2,753.40 | 1.5% | 11/30/05 | 599 | $824.64 | $550.68 | |
| April-04 | 5/10/04 | 4332 | $0.60 | $2,599.20 | 1.5% | 11/30/05 | 569 | $739.47 | $519.84 | |
| May-04 | 6/10/04 | 4645 | $0.60 | $2,787.00 | 1.5% | 11/30/05 | 538 | $749.70 | $557.40 | |
| June-04 | 7/10/04 | 4506.75 | $0.60 | $2,704.05 | 1.5% | 11/30/05 | 508 | $686.83 | $540.81 | |
| July-04 | 8/10/04 | 5381 | $0.60 | $3,228.60 | 1.5% | 11/30/05 | 477 | $770.02 | $645.72 | |
| Aug. 04 | 9/10/04 | 4638.25 | $0.60 | $2,782.95 | 1.5% | 11/30/05 | 446 | $620.60 | $556.59 | |
| Sept. 04 | 10/10/04 | 5414.25 | $0.60 | $3,248.55 | 1.5% | 11/30/05 | 416 | $675.70 | $649.71 | |
| Oct.04 | 11/10/04 | 4716 | $0.60 | $2,829.60 | 1.5% | 11/30/05 | 385 | $544.70 | $565.92 | |
| Nov.04 | 12/10/04 | 3856.75 | $0.60 | $2,314.05 | 1.5% | 11/30/05 | 355 | $410.74 | $462.81 | |
| Dec.04 | 1/10/05 | 2535.5 | $0.60 | $1,521.30 | 1.5% | 11/30/05 | 324 | $246.45 | $304.26 | |
| Jan.05 | 2/10/05 | 4004.75 | $0.60 | $2,402.85 | 1.5% | 11/30/05 | 293 | $352.02 | $480.57 | |
| Feb.05 | 3/10/05 | 3166.75 | $0.60 | $1,900.05 | 1.5% | 11/30/05 | 265 | $251.76 | $380.01 | |
| Mar.05 | 4/10/05 | 3425.25 | $0.60 | $2,055.15 | 1.5% | 11/30/05 | 234 | $240.45 | $411.03 | |
| April.05 | 5/10/05 | 5277 | $0.60 | $3,166.20 | 1.5% | 11/30/05 | 204 | $322.95 | $633.24 | |
| May.05 | 6/10/05 | 3991.5 | $0.60 | $2,394.90 | 1.5% | 11/30/05 | 173 | $207.16 | $478.98 | |
| June.05 | 7/10/05 | 4465.5 | $0.60 | $2,679.30 | 1.5% | 11/30/05 | 143 | $191.57 | $535.86 | |
| July.05 | 8/10/05 | 4786.5 | $0.60 | $2,871.90 | 1.5% | 11/30/05 | 112 | $160.83 | $574.38 | |
| Aug.05 | 9/10/05 | 3508.25 | $0.60 | $2,104.95 | 1.5% | 11/30/05 | 81 | $85.25 | $420.99 | |
| Sept. 05 | 10/10/05 | 3645 | $0.60 | $2,187.00 | 1.5% | 11/30/05 | 51 | $55.77 | $437.40 | |
| Oct.05 | 11/10/05 | 3643.75 | $0.60 | $2,186.25 | 1.5% | 11/30/05 | 20 | $21.86 | $437.25 | |
| | | 84,528.75 | | 50,717.25 | | | | $8,158.47 | 10,143.45 | |
| **Amount Paid** | | | | $0.00 | | | | $0 | $0 | |
| **SubTotal** | | | | $50,717.25 | | | | $8,158.47 | $10,143.45 | $69,019.17 |
| **Attorneys Fees** | | | | | | | | | | $5,991.25 |
| **Costs** | | | | | | | | | | $290.00 |
| **TOTAL** | | | | | | | | | | $75,300.42 |
| **MINUS 20 % PENALTY** | | | | | | | | | | $10,143.45 |
| **TOTAL OWED** | | | | | | | | | | $65,156.97 |